# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 2, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160827(35)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC:  160827
COA:  349268
Mecosta CC:  08-006437-FC

JONATHAN JOSEPH GOOD,
    Defendant-Appellant.
_____/

On order of the Chief Justice, the motions of defendant-appellant to extend the time for filing his reply and to exceed the page limitation are GRANTED.  The reply shall not exceed 25 pages and will be accepted as timely filed if submitted on or before October 7, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 2, 2020



Clerk